No. 72–5618. LeBrun v. Cupp, Penitentiary Superintendent. Sup. Ct. Ore. Certiorari denied.

No. 72–5661. Peterson v. United States. C. A. 8th Cir. Certiorari denied.

No. 72–5670. Lee v. United States; and
No. 72–5676. Armstrong et al. v. United States. C. A. 5th Cir. Certiorari denied. Reported below: 463 F. 2d 1136.

No. 72–5677. Hessel v. Arizona et al. C. A. 9th Cir. Certiorari denied.

No. 72–5687. Scalia v. United States. C. A. 3d Cir. Certiorari denied.

No. 72–5688. Houston v. United States. C. A. 8th Cir. Certiorari denied.

No. 72–5689. Heavlow v. United States. C. A. 3d Cir. Certiorari denied.

No. 72–5711. Grider v. United States. C. A. 6th Cir. Certiorari denied.

No. 72–5712. Higginbotham v. United States. C. A. 6th Cir. Certiorari denied.

No. 72–5713. Froniabarger v. United States. C. A. 8th Cir. Certiorari denied.

No. 72–5715. Brown v. United States. C. A. 5th Cir. Certiorari denied.

No. 72–5721. Gonzalez v. United States. C. A. 2d Cir. Certiorari denied.

No. 72–5726. Furgerson v. Casper. Ct. App. Cal., 4th App. Dist. Certiorari denied.